IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. A. No. 06- 101m-MPT |
| APRIL TICE | : |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

From in or about September 1999 to in or about December 2004, in the State and District of Delaware, **APRIL TICE**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use money, namely $21,931.90, of the Social Security Administration, an agency and department of the United States, in violation of Title 18, United States Code, Section 641.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 5 SEP 06